**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

IN RE:                  )        **CASE NO.: 24-01834-TOM13**
**ANTECIA S. PRENTICE**       )
**SS#: ###-##-9937**           )
                            )
                            )

**DIRECTION FOR DEDUCTION**

TO:     **AMAZON.COM SERVICES, INC**          **This Direction replaces any Direction you**
         **ATTN: PAYROLL DEPT.**              **have previously received from the Trustee**
         **P. O. BOX 80726**                  **regarding this Debtor.**
         **SEATTLE, WA 98108-0463**

the employer of the above-named Debtor.

The Debtor named herein has filed a petition under Chapter 13 of the Bankruptcy Code, thereby subjecting his or her future earnings to the jurisdiction of the United States Bankruptcy Court until further notice. The Debtor has filed a written plan and the Bankruptcy Court has assumed jurisdiction over the Debtor's future earnings, which are no longer subject to levy or garnishment except continuing wage-withholding orders for current child support. The Debtor has requested or agreed to the issuance of this Direction to implement the proposed plan in this case, or the plan has been confirmed as provided by law. Pursuant to 11 U.S.C. § 1325(c), "After confirmation of a plan, the court may order any entity from whom the debtor receives income to pay all or any part of such income to the trustee."

**IT IS DIRECTED** that, beginning immediately, the above-named Employer is directed to deduct from the Debtor's earnings, vacation pay, and bonuses, the sum of **$65.00 WEEKLY** and <u>forward said deductions at least once each month</u> to the Chapter 13 Trustee for this Court at:

Bradford W. Caraway
Chapter 13 Standing Trustee
P.O. Box 3789
Jackson, MS 39207

The above named employer is hereby enjoined from imposing any type of penalty or taking any type of disciplinary action against the Employee-Debtor based on the issuance or effect of this Direction. It has been issued to implement the Debtor's voluntary Chapter 13 plan as authorized by the U.S. Bankruptcy Code. Any such discriminatory action is prohibited by 11 U.S.C. § 525.

**DATE: July 2, 2024**                   /s/ Bradford W. Caraway
                                       Chapter 13 Standing Trustee
                                       P.O. Box 10848
                                       Birmingham, AL 35202-0848

Please include the Debtor's bankruptcy case number with any payment remitted to the Trustee's office. For information regarding this Direction for Deduction, please contact the Trustee's office via telephone (205) 323-4631, via fax (205) 252-0239, or via email info@ch13bham.com.

**PLEASE NOTIFY THE TRUSTEE'S OFFICE IF THIS DEBTOR LEAVES YOUR EMPLOYMENT**

SF